IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 13-cr-00317-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LUIS GALINDO-ARREOLA,

    Defendant.

---

## ORDER

---

PURSUANT to and in accordance with Sentencing hearing held before the Honorable Raymond P. Moore, United States District Judge, on November 4, 2013, it is hereby

ORDERED that Defendant Luis Galindo-Arreola is sentenced to **TIME SERVED.**

Dated: November 4, 2013.

                        BY THE COURT:

                        s/ Raymond P. Moore
                        RAYMOND P. MOORE,
                        UNITED STATES DISTRICT JUDGE